IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ESSEX INSURANCE CO. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| RAYMOND MILES, et al. | : | NO. 10-3598 |

ORDER

AND NOW, this 3rd day of December, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Raymond Miles to dismiss the complaint (Doc. #9) is GRANTED unless Essex Insurance Company files and serves an amended complaint within fifteen days of this Order.

BY THE COURT:

/s/ Harvey Bartle III
C.J.